724 A.2d 931

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**D. Gregory WHITNEY, Respondent.**

**No. 494 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 4, 1999.

## *ORDER*

PER CURIAM:

AND NOW, this 4th day of March, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 11, 1999, it is hereby

ORDERED that D. GREGORY WHITNEY be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one (1) day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.